UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                  §
                                        §
V CLINT MELLEN                          §         Case No. 12-03645
                                        §
                                        §
          Debtor(s)                     §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DAVID R. BROWN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/DAVID R. BROWN_____
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | BANK OF America, N.A. Attn: Bankruptcy Dept. 450 American St Simi Valley CA 93065 |  |  |  |  |  |
| 2 | State Bank Countryside C/O Robert Handley 1430 Branding Ave Ste 175 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 3 State Bank of Countryside Bankruptcy Department 6734 Joliet Rd. Countryside IL 60525 | | | | | |
| | DuPage County Clerk Doc #11 L 000009 421 N County Farm Rd. Wheaton IL 60187 | | | | | |
| | Robert Handley DSO 1430 Branding Ave Ste 175 Downers Grove IL 60515 | | | | | |
| 1 | State Bank Of Countryside | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID R. BROWN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| The Bank of New York Mellon | | | | | |
| SPRINGER BROWN, LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 4)*

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 IRS Priority Debt Attn: Bankruptcy Dept. PO Box 7346 Philadelphia PA 19101 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 AMEX Attn: Bankruptcy Dept. Po Box 297871 Fort Lauderdale FL 33329 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 10 Commonwealth Edison Attn: System Credit/BK Dept 3 Lincoln Center 4th Floor Oakbrook Terrace IL 60181 | | | | | |
| | 11 Daniel Vargo, CPA Attn: Bankruptcy Dept. 4200 Cantera Dr. Warrenville IL 60555 | | | | | |
| | 12 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |
| | 13 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |
| | 14 Gaffney & Gaffney Attn: Bankruptcy Dept. 1771 Bloomingdale Rd #2 Glendale Heights IL 60139 | | | | | |
| | 15 Hinsdale Management Attn: Bankruptcy Dept. 120 E. Ogden Ave #17B Hinsdale IL 60521 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 16 Jacob & Heffner Attn: Bankruptcy Dept. 1901 S. Meyers Rd #350 Oakbrook Terrace IL 60181 | | | | | |
| | 17 Jensen Excavating Attn: Bankruptcy Dept. 8751 E. Highpoint Road Yorkville IL 60560 | | | | | |
| | 18 Marcia Roubik c/o Engel & Siegel 112 S. Sangamon STE 100 Chicago IL 60607 | | | | | |
| | 19 Nicor Gas Bankruptcy Department PO Box 549 Aurora IL 60507 | | | | | |
| | 2 AMEX Attn: Bankruptcy Dept. Po Box 297871 Fort Lauderdale FL 33329 | | | | | |
| | 20 Pella Windows Attn: Bankruptcy Dept. Enterprise Circle West Chicago IL 60185 | | | | | |
| | 21 Rite Way Waterproof Attn: Bankruptcy Dept. PO BOX 828 Bedford Park IL 60499 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 22 S&G European Framing Attn: Bankruptcy Dept. 7547 Mansfield Ave Burbank IL 60459 | | | | | |
| | 23 Tameling Grading Attn: Bankruptcy Dept. 7475 Madison Street Burr Ridge IL 60527 | | | | | |
| | 24 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |
| | 3 BANK OF America Attn: Bankruptcy Dept. Pob 17054 Wilmington DE 19884 | | | | | |
| | 4 Builders Insulation Attn: Bankruptcy Dept. 25448 Ruff Street Plainfield IL 60585 | | | | | |
| | 5 Capital One Attn: Bankruptcy Dept. Po Box 85520 Richmond VA 23285 | | | | | |
| | 6 Cardinal Fitness Attn: Bankruptcy Dept. 21000 S. Frankfort Sq Rd Frankfort IL 60423 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 7 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | | | | |
| | 77 Sheridan Ave Clarendon Hills IL 60514 | | | | | |
| | 8 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | | | | |
| | 9 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | | | | |
| | Marcia Roubik | | | | | |
| | NCO Financial System Bankruptcy Department PO Box 15630 Wilmington DE 19850 | | | | | |
| 4 | American Express Centurion Bank | | | | | |
| 2 | DEPARTMENT OF THE TREASURY | | | | | |
| 7 | Fsb American Express Bank | | | | | |
| 8 | Marcia Roubik | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | N. A. As Successor In Interest Fia Card Services | | | | | |
| 6 | N. A. Capital One Bank (Usa) | | | | | |
| 1A | State Bank Of Countryside | | | | | |
| 5 | American Express Centurion Bank | | | | | |
| 9 | PNC BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 12-03645 | DRC | Judge: | Donald R Cassling | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|---|---|---|
| Case Name: | V CLINT MELLEN | | | | Date Filed (f) or Converted (c): | 02/01/2012 (f) |
| | | | | | 341(a) Meeting Date: | 04/03/2012 |
| For Period Ending: | 09/29/2014 | | | | Claims Bar Date: | 01/14/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 5636 Lee Ave, Downers Grove, IL (SURRENDER) | 247,900.00 | 0.00 | | 0.00 | FA |
| 2. 1423 Ridge, Westmont, IL 60527 (SURRENDER) held in held in trust, Trust#87-381, by Distinctive Development Corp, a dissolved corporation for the benefit of Debtor and Marcia Roubik with an Assignment of beneficial interest attaching to State Bank of Countryside | 183,400.00 | 0.00 | | 0.00 | FA |
| 3. 5700 Lee Ave, Downers Grove, IL  Debtor holds a 13% share in property. Title is held jointly with Brian & Carin Buchanan 50%, Diane Mellen 13%, V.Clint Mellon 13% and CDK Ventures LLC under a self directed IRA 26%. Total value of property is $210,000 | 27,300.00 | 0.00 | | 0.00 | FA |
| 4. 219 65th Street, Westmont, IL  (45' partial vacant lot unbuildable) PIN#09-22-104-113. Judicial lien held by State Bank of Countryside | 15,000.00 | 0.00 | | 0.00 | FA |
| 5. checking account with -West Suburban Bank | 2,600.00 | 0.00 | | 0.00 | FA |
| 6. Household goods; TV, DVD player, TV stand, stereo, sofa, vacuum, table, chairs, lamps, bedroom sets, washer/dryer, stove, refrigerator, microwave, dishes/flatware, pots/pans | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. Books, Compact Discs, Tapes/Records, Family Pictur | 100.00 | 0.00 | | 0.00 | FA |
| 8. Necessary wearing apparel. | 200.00 | 0.00 | | 0.00 | FA |
| 9. ring, watch, wedding band | 50.00 | 0.00 | | 0.00 | FA |
| 10. IRA - 100% Exempt. | 14,000.00 | 0.00 | | 0.00 | FA |
| 11. IRA held with CDK Ventures - 100% Exempt. | 50,400.00 | 0.00 | | 0.00 | FA |
| 12. Bonds with the Village of Westmont. Judicial lien placed by State Bank Countryside. | 23,049.00 | 0.00 | | 0.00 | FA |
| 13. 2003 Ford Ranger - fair condition | 2,325.00 | 0.00 | | 0.00 | FA |
| 14. Hand tools, power tools, work tools | 1,000.00 | 0.00 | | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 12-03645 | DRC | Judge: | Donald R Cassling | Trustee Name: | DAVID R. BROWN |
| Case Name: | V CLINT MELLEN | | | | Date Filed (f) or Converted (c): | 02/01/2012 (f) |
| | | | | | 341(a) Meeting Date: | 04/03/2012 |
| For Period Ending: | 09/29/2014 | | | | Claims Bar Date: | 01/14/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15. Family Pets/Animals. 2 cats | 0.00 | 0.00 | | 0.00 | FA |
| 16. 221 65th Street, Westmont, IL | 14,000.00 | 22,500.00 | | 22,500.00 | FA |
| (26' vacabt partial lot, unbuildable) PIN#22-104-081 Property held in Trust, Trust#87-381, with Distinctive Development, a dissolved corporation, for the benefit of Debtor and Marcia Roubik with an assignment of beneficial interest attaching to State Bank of Countryside | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $582,824.00 | $22,500.00 | | $22,500.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/30/2013          Current Projected Date of Final Report (TFR): 11/15/2013

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |   | | |
|---|---|---|---|---|
| Case No: | 12-03645 | | Trustee Name: | DAVID R. BROWN |
| Case Name: | V CLINT MELLEN | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number/CD#: | XXXXXX7467 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX0226 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 09/29/2014 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/27/13 | 16 | BSLB, LLC<br>1430 Branding Avenue<br>Suite 175<br>Downers Grove, IL 60515 | real estate purchase | 1110-000 | $22,500.00 | | $22,500.00 |
| 08/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.44 | $22,466.56 |
| 09/09/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.40 | $22,433.16 |
| 10/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.28 | $22,400.88 |
| 11/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.30 | $22,367.58 |
| 12/06/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.18 | $22,335.40 |
| 01/08/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.20 | $22,302.20 |
| 02/04/14 | 1001 | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras St<br>New Orleans, LA 70139 | bond premium | 2300-000 | | $30.00 | $22,272.20 |
| 02/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.16 | $22,239.04 |
| 03/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.88 | $22,209.16 |
| 04/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.02 | $22,176.14 |
| 05/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.91 | $22,144.23 |
| | | | Page Subtotals: | | $22,500.00 | $355.77 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 12-03645 | Trustee Name: DAVID R. BROWN |
| Case Name: V CLINT MELLEN | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX7467 |
| | Checking |
| Taxpayer ID No: XX-XXX0226 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/29/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/01/14 | 1002 | DAVID R. BROWN<br>400 SOUTH COUNTY FARM ROAD<br>WHEATON, IL 60187 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $3,000.00 | $19,144.23 |
| 07/01/14 | 1003 | SPRINGER BROWN, LLC<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $4,297.50 | $14,846.73 |
| 07/01/14 | 1004 | N. A. As Successor In Interest Fia Card Services<br>Fia Card Services, N.A.As Successor In Interest<br>To Bank Of America And Mbna America Bank<br>4161 Piedmont Parkway<br>Nc4 105 03 14<br>Greensboro, Nc 27410 | Final distribution to claim 3 representing a payment of 2.58 % per court order. | 7100-000 | | $376.01 | $14,470.72 |
| 07/01/14 | 1005 | American Express Centurion Bank<br>Becket And Lee Llp<br>Attorneys/Agent For Creditor<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 4 representing a payment of 2.58 % per court order. | 7100-000 | | $1,273.76 | $13,196.96 |
| 07/01/14 | 1006 | Clerk, U.S. Bankruptcy Court | Remit to Court | 7100-001 | | $4.96 | $13,192.00 |
| 07/01/14 | 1007 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>By American Infosource Lp As Agent<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 6 representing a payment of 2.58 % per court order. | 7100-000 | | $278.60 | $12,913.40 |
| 07/01/14 | 1008 | Fsb American Express Bank<br>American Express Bank, Fsb<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 7 representing a payment of 2.58 % per court order. | 7100-000 | | $13.54 | $12,899.86 |
| 07/01/14 | 1009 | Marcia Roubik<br>C/O Terry W. Huebner, Attorney At Law<br>P.O. Box 98<br>Hinsdale, Il 60522-0098 | Final distribution to claim 8 representing a payment of 2.58 % per court order. | 7100-000 | | $12,899.86 | $0.00 |

Page Subtotals: $0.00    $22,144.23

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

| | | |
|---|---:|---:|
| COLUMN TOTALS | $22,500.00 | $22,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $22,500.00 | $22,500.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $22,500.00 | $22,500.00 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7467 - Checking | $22,500.00 | $22,500.00 | $0.00 |
|  | $22,500.00 | $22,500.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| **Total Net Deposits:** | $22,500.00 |
| Total Gross Receipts: | $22,500.00 |

Page Subtotals:   $0.00   $0.00